UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BLAKE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF WHITTIER, a Public Entity; OFFICER CHRISTOPHER ALVAREZ, an individual; OFFICER FRANCISCO VALENCIANO, an individual; DOE OFFICERS 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-04208-KK-BFMx<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

**THIS COURT,** having considered the parties' stipulation, orders the following:

This entire action, including all claims against Defendants CITY OF WHITTIER, OFFICER CHRISTOPHER ALVAREZ, and OFFICER FRANCISCO VALENCIANO, and all claims against any unserved Defendants, is hereby

dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: March 20, 2024

Honorable Kenly Kiya Kato
United States District Court Judge

- 2 -

Case No. 2:23-cv-04208-KK-BFMx
ORDER STIPULATION TO DISMISS

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles